UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

6/13/11
susan

Receipt 193377

**IN RE:**

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

VICTOR M DELAPAZ-BARRIOS
GWENDOLYN M DELAPAZ
Debtor(s)

**CASE NO. BKY 05-45251 NCD**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Royal Buffet in the amount of $11.79, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Royal Buffet | 24 | $11.79 |
| 7112 Bass Lake Road | | |
| Minneapolis, MN 55428-3823 | | |

ACCOUNT NUMBER:
No Account Number Listed

**Jasmine Z. Keller, Trustee**

Dated: June 13, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee